UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINE MARIE RIEMER, ESTATE OF CHRISTINE MARIE RIEMER, COREY LEE RIEMER, ESTATE OF COREY LEE RIEMER, C.R.R., *a minor*, and ESTATE OF C.R.R.,<br><br>     Plaintiffs,<br><br>v.<br><br>MARK ANTHONY OTT, AUDREY A. OTT, CLARENCE E. OTT, LINDA M. SINITZ, JAMES L. DUNLAP, PATRICK C. HAUGHNEY, JENNIFER R. DOROW, LINDA VAN DE WATER, LINDA JIMENEZ SAAFIR, LAURA FLORIAN LAU, MARIA S. LAZAR, PATRICK L. SNYDER, PAUL F. REILLY, KATHRYN W. FOSTER, MARYLEE RICHMOND, MOLLY J. JASMER, MARK SASSO, SUSAN CASS, KENDRA S. ALLEN, MIKE CADY, WISCONSIN DEPARTMENT OF CHILDREN AND FAMILIES, WAUKESHA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, CORPORATION COUNSEL, and WAUKESHA COUNTY CIRCUIT COURT,<br><br>     Defendants. | Case No. 18-CV-1220-JPS<br><br><br><br><br><br><br><br><br><br>**ORDER** |

On September 11, 2018, the Court ordered Plaintiff to pay the filing fee owed in this matter no later than October 2, 2018. (Docket #6). That date

has passed and the Court has not received the filing fee or any other communication from Plaintiff. It will, therefore, dismiss this action without prejudice for Plaintiff's failure to pay the filing fee. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute it.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge